AO91 (Rev. 12/03) Criminal Complaint          AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**
         vs.

**CRIMINAL COMPLAINT**

Case Number: 7:18-po-15230

Juan Ramon LAINEZ
IAE
Honduras 1972

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **October 13, 2018** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Juan Ramon LAINEZ was encountered by Border Patrol Agents near Hidalgo, Texas on October 13, 2018. When questioned as to his citizenship, defendant stated that he was a citizen and national of Honduras, who had entered the United States illegally on October 13, 2018 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

/S/ Gonzalez, Mickel A. Border Patrol Agent
Signature of Complainant

Gonzalez, Mickel A. Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

October 14, 2018      at      McAllen, Texas
Date                                   City/State

J Scott Hacker      U.S. Magistrate Judge
Name of Judge      Title of Judge      Signature of Judge